# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JEREMY PINSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 1:09-cv-02379-CLS-HGD |
| | ) |
| **CONSTANCE REESE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 8, 2013, recommending that the defendants' special report be treated as a motion for summary judgment and, as such, that the motion be granted and this action dismissed with prejudice. The plaintiff filed objections to the report and recommendation on March 22, 2013.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court

---

[1] The plaintiff's objections improperly included additional affidavits. (doc. 81, pp. 5-6). On October 6, 2012, the plaintiff was advised that the defendants' special report would be construed as a motion for summary judgment and that he would have 20 days to respond to the motion in a way which complied with Rule 56. On October 27, 2011, the court granted the plaintiff's motion to allow his July 13, 2011, response to the special report to be construed as his response to the motion for summary judgment. The plaintiff then filed a motion to supplement his response which was granted by order dated December 22, 2011. In that same order, the plaintiff was advised that the 20-day time limit set forth in the order of October 6, 2011, had expired and that **no further response to the defendants' motion for summary judgment would be allowed absent a showing of good cause**. (doc. 77). Accordingly, the affidavits submitted with the plaintiff's objections (doc. 81, pp. 5-6) are **STRICKEN**.

is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED with prejudice. A Final Judgment will be entered.

DONE this 27th day of March, 2013.

_____
United States District Judge